**Order filed February 14, 2019**



In The

# Fourteenth Court of Appeals

### NO. 14-17-00715-CV

## IN THE INTEREST OF H.P.J., A CHILD

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2013-27477**

## O R D E R

The clerk's record was filed October 5, 2017. Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). Accordingly, the Harris County District Clerk is directed to file a supplemental clerk's record on or before **February 25, 2019**, containing the **Order Granting Notice of Non-Suit signed April 26, 2017**.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM